# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS DAVON RICHARDSON,**<br><br>Plaintiff,<br><br>v.<br><br>**G&M HIRE ENTERPRISES, LLC D/B/A ATBACKGROUNDS**<br><br>Defendant(s). | **Case No.:** EDCV22-00440 JGB (KKx)<br><br>**ORDER** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant G&M HIRE ENTERPRISES, LLC D/B/A ATBACKGROUNDS to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.


Dated: September 23, 2022

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE